HENRY E. MASON, APPELLEE, V. THOMAS H. MCDOWELL ET AL., APPELLEES: HEDWALL-SUNDBERG COMPANY, APPELLANT.

FILED JULY 17, 1930. No. 27315.

H. A. Dano, for appellant.

Beeler, Crosby & Baskins, contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

852

PER CURIAM.

This action was brought in the district court for Keith county to enjoin Hedwall-Sundberg Company from selling certain land to satisfy a decree in its favor. The trial court granted the injunction and Hedwall-Sundberg Company has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.